**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tammy L. Sheridan,<br><br>          Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin,<br><br>          Defendant. | No. CV-12-277-PHX-FJM<br><br>**ORDER** |

Back on March 22, 2013, we affirmed the decision of the Commissioner denying disability benefits. (Doc. 21). We now have before us the mandate of the court of appeals, accompanied by a 2-1 memorandum disposition, remanding "to allow the ALJ to provide a sufficient explanation for the denial of benefits, or to award benefits." (Doc. 28-1 at 5).

Accordingly, it is ORDERED remanding this case to the Commissioner for further proceedings in accordance with the disposition of the court of appeals.

DATED this 13th day of January, 2016.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge